United States District Court
Southern District of Texas
**ENTERED**
September 26, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **LLOYD KELLEY,** § <br> *Plaintiff,* § <br> § <br> § <br> v. § <br> § <br> **JOE SAENZ, JOSEPH C. HIBBARD,** § <br> **JOHN BRANNON, WAYNE DOLCEFINO,** § <br> **CHRISTOPHER RAMEY, SCOTT** § <br> **BREITENWISCHER, MARC SHERRIN,** § <br> **and SALVADOR BALLESTEROS,** § <br> *Defendants.* § | Civil Action No. 4:22-cv-2175 |

### ORDER

The Court, having reviewed Defendant John Brannon's Motion to Seal <u>Defendant's Motion to Dismiss Pursuant to FRCP 12(b)(1) and 12(b)(6), or in the Alternative, Motion for a More Definite Statement Pursuant to FRCP 12(e)</u> has found the motion to be meritorious. Defendant Brannon's motion is HEREBY GRANTED, and Defendant Brannon's <u>Motion to Dismiss Pursuant to FRCP 12(b)(1) and 12(b)(6), or in the Alternative, Motion for a More Definite Statement Pursuant to FRCP 12(e)</u> is SEALED.

Signed on this  26th  day of  September , 2022

_____
HONORABLE LEE H. ROSENTHAL
CHIEF UNITED STATES DISTRICT JUDGE