Case 4:22-cv-02175   Document 36   Filed on 02/13/23 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
February 13, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LLOYD E. KELLEY, § | |
| § | |
| *Plaintiff,* § | |
| § | |
| vs. § | |
| § | |
| JOSEPH SAENZ, JOSEPH HIBBARD, § | Civil Action No. H-22-02175 |
| JOHN BRANNON, CHRISTOPHER § | |
| RAMEY, SCOTT BREITENWISCHER, § | |
| WAYNE DOLCEFINO, MARC § | |
| SHERRIN, AND SALVADOR § | |
| BALLESTROS. § | |
| | |
| *Defendants.* | |

## ORDER

Defendant Wayne Dolcefino's Notice of Engaged Counsel and Request to Continue (Docket Entry 33) is GRANTED.

The Initial Conference hearing is reset to **March 17, 2023 at 2:30p.m. by Zoom.**

SIGNED this 13th day of February, 2023.

_____
HONORABLE JUDGE PRESIDING