IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LLOYD KELLEY, | § § § | |
| *Plaintiff,* | § § § | |
| v. | § § § | CIVIL ACTION NO. H-22-2175 |
| JOE SAENZ, *et al.*, | § § § | |
| *Defendants.* | § § | |

## ORDER

The Court ordered plaintiff Lloyd Kelley to show cause why defendant Joe Saenz should not be dismissed by the Court *sua sponte* pursuant to Federal Rule of Civil Procedure 4(m). Plaintiff complied with the order and shows that defendant Joe Saenz made a general appearance in this lawsuit through counsel and should not be dismissed.

The Court finds that defendant Joe Saenz made a general appearance in this lawsuit through counsel and is properly before the Court. Defendant Joe Saenz will not be dismissed under Rule 4(m).

Signed at Houston, Texas, on this the 5th day of January, 2026.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE