United States District Court
Southern District of Texas
ENTERED
September 11, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **LLOYD KELLEY** | § | |
| | § | |
| ***Plaintiff*,** | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:22-cv-02175** |
| | § | |
| **JOE SAENZ, *et al.*,** | § | |
| | § | |
| ***Defendants*.** | § | |
| | § | |
| | § | |

**ORDER**

Defendants have filed their Motion to Quash Deposition and Motion for a Protective Order. ECF 96. The Court requires expedited briefing on this matter. It is hereby **ORDERED** that Plaintiff shall file its response no later than September 14, 2026. Defendants may file a reply by September 17, 2026.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this the 10th day of September, 2026.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE