United States District Court
Southern District of Texas
**ENTERED**
September 23, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LLOYD E. KELLEY, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-22-2175 |
| | § | |
| JOE SAENZ, *et al*., | § | |
| | § | |
| *Defendants*. | § | |

**ORDER**

Pending before the Court is an "Emergency Motion to Reconsider or Complete Docket Entry No. 99, for Leave to File Reply, to Stay the September 18 Deposition, and for a Limited Extension of Discovery [and] Emergency Relief Requested Before the Improperly Noticed September 18, 2026 Deposition of Christopher Ramey," filed by Defendants Christopher Ramey and Scott Breitenwischer (ECF No. 100).

The Defendants have advised the Court that a ruling on the motion is no longer necessary. The motion (ECF No. 100) is **DISMISSED AS MOOT**.

Signed at Houston, Texas, on this the 22nd day of September, 2026.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE